UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL MONTENEGRO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>WINCO FOODS FOUNDATION, INC., an Idaho Corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 1:15-cv-00408-SKO<br><br>**STIPULATION TO VACATE MID-DISCOVERY STATUS CONFERENCE**<br><br>Date:  January 7, 2016<br>Time:  10:00 a.m.<br>Judge:  Sheila K. Oberto<br>Dept:  7<br><br>Trial Date:    November 15, 2016 |

Plaintiff MICHAEL MONTENEGRO ("Plaintiff") and Defendant WINCO HOLDINGS, INC. ("Defendant") hereby stipulate and agree as follows:

On June 30, 2015, this Court issued a minute order setting a mid-discovery status conference on January 7, 2016 at 10:00 a.m. in Courtroom 7 and a deadline for a mid-discovery status report on December 30, 2015.

On December 29, 2015, the Parties met and conferred regarding any possible discovery issues.

The Parties currently do not have any discovery issues in this case.

However, nothing herein shall preclude either party from bringing any discovery-related motion should it become necessary.

Therefore, the Parties respectfully request that the Mid-Discovery Status Conference be vacated.

Dated: December 30, 2015				OTKUPMAN LAW FIRM


						By:  /s/  Rita Leong
						    ROMAN OTKUPMAN
						    RITA LEONG
						    Attorneys for Plaintiff
						    MICHEAL MONTENEGRO


Dated: December 30, 2015				LITTLER MENDELSON, P.C.


						By:  /s/ Megan E. Ottoboni
						    NEDA N. DAL CIELO
						    ANNE SWEENEY JORDAN
						    MEGAN E. OTTOBONI
						    Attorneys for Defendant
						    WINCO HOLDINGS, INC.

**ORDER**

Pursuant to the parties' stipulation, the Mid-Discovery Status Conference is vacated.


IT IS SO ORDERED.

Dated:   **December 30, 2015**				      **/s/ Sheila K. Oberto**
						UNITED STATES MAGISTRATE JUDGE

2.