1  NEDA N. DAL CIELO, Bar No. 161982
   ndalcielo@littler.com
2  ANNE SWEENEY JORDAN, Bar No. 273589
   ajordan@littler.com
3  LITTLER MENDELSON, P.C.
   50 W. San Fernando, 15th Floor
4  San Jose, CA  95113.2303
   Telephone:  408.998.4150
5  Fax No.:    408.288.5686

6  Attorneys for Defendant
   WINCO HOLDINGS, INC. (erroneously
7  named as WinCo Foods Foundation, Inc.)

8  ROMAN OTKUPMAN, CSBN 249423
   roman@OLFLA.com
9  RITA LEONG, CSBN 300058
   rita@OLFLA.com
10 OTKUPMAN LAW FIRM
   5950 Canoga Ave., Suite 550
11 Woodland Hills, California  91367
   Telephone:  818.293.5623
12 Fax No.:    888.850.1310

13 Attorneys for Plaintiff
   MICHAEL MONTENEGRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL MONTENEGRO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WINCO FOODS FOUNDATION, INC., an Idaho Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  1:15-cv-00408-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>Trial Date:  November 15, 2016 |

1  IT IS HEREBY STIPULATED, by and between Plaintiff Michael Montenegro ("Plaintiff") and Defendant WinCo Holdings, Inc. (erroneously sued as Winco Food Foundation, Inc.) ("WinCo") as follows:

WHEREAS, on January 30, 2015, Plaintiff filed this action against WinCo, asserting various claims, including (1) disability discrimination, (2) failure to accommodate, (3) failure to engage in the interactive process, (4) retaliation, (5) intentional infliction of emotional distress, (6) failure to prevent discrimination, (7) wrongful termination, and (8) harassment.

WHEREAS, pursuant to the Court's June 30, 2015, Pre-Trial Scheduling Order, pre-trial deadlines are as follows:

- Expert witness disclosures were set for April 29, 2016;
- Supplemental expert disclosures were set for May 20, 2016;
- Non-expert disclosures were set for May 27, 2016;
- Expert discovery was set for June 17, 2016;
- Non-dispositive motion were set for June 24, 2016;
- Non-dispositive motion hearings were set for July 27, 2016;
- Dispositive motions were set for August 3, 2016;
- Settlement conference was set for August 9, 2016;
- Dispositive motion hearings were set for September 7, 2016;
- The final pretrial conference was set for October 12, 2016 at 2:00 p.m.; and
- Trial was scheduled to commence on November 15, 2016. [Dkt. 14];

WHEREAS, Despite the Parties' best efforts, the Parties have been unable to complete written discovery and take the necessary depositions of the parties;

WHEREAS, the Parties are interested in engaging in Alternative Dispute Resolution and productive, good faith, settlement negotiations;

WHEREAS, pursuant to Federal Rule of Civil Procedure 16(b)(4), the

Court may modify a scheduling order where good cause is present;

WHEREAS, this is the parties' first request to continue the deadlines in this matter;

WHEREAS, trial in the companion case, *Fulfer v. WinCo Holdings, Inc.*, E.D. Cal., Case No. 1:15-cv-00999-TLN-EPG, is currently set for May 15, 2017; and

WHEREAS, in order to further the Parties' interest in exploring Alternative Dispute Resolution, the Parties jointly request that the discovery cut-off remain open so that meaningful discovery can continue, and that the dispositive motion deadline be extended.

THEREFORE IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that the Parties jointly request that the Court continue the deadlines set forth in the Case Management Order [Dkt. 14] by extending the following deadlines:

- Expert witness disclosures to December 28, 2016;
- Supplemental expert disclosures to January 20, 2017;
- All Discovery, including non-expert disclosures to January 27, 2017;
- Expert discovery to February 16, 2017;
- Non-dispositive motion to February 23, 2017;
- Non-dispositive motion hearings to March 27, 2017;
- Dispositive motions to April 3, 2017;
- Settlement conference to April 10, 2017;
- Dispositive motion hearings to June 8, 2017;
- Final pretrial conference to July 12, 2017; and
- Trial to commence on August 21, 2017.

//
//
//

Dated: May 20, 2016        Respectfully submitted,

*/s/Neda N. Dal Cielo*
NEDA N. DAL CIELO
ANNE SWEENEY JORDAN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
WINCO HOLDINGS, INC. (erroneously named as WinCo Foods Foundation, Inc.)

Dated: May 20, 2016        Respectfully submitted,

*/s/Roman Otkupman*
ROMAN OTKUPMAN
RITA LEONG
OTKUPMAN LAW FIRM
Attorneys for Plaintiff
MICHAEL MONTENEGRO

## ORDER

Having reviewed the above stipulation, IT IS HEREBY ORDERED that the Scheduling Order (Doc. 14) be modified as follows:[1]

1. The expert witness disclosure deadline is extended to December 28, 2016;

2. The supplemental expert witness disclosure deadline is extended to January 20, 2017;

3. The non-expert discovery deadline is extended to January 27, 2017;

---

[1] The Court notes that, as the date of the parties' request, two of the deadlines sought to be extended – the expert witness disclosure and the supplemental expert witness disclosure deadlines – have already expired. Scheduling orders are "not a frivolous piece of paper, idly entered, which can be cavalierly disregarded by counsel without peril." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992). Any future requests to modify the Court's Scheduling Order must be filed prior to the expiration of the date(s) sought to be extended -- in addition to demonstrating good cause as required by Fed. R. Civ. P. 16(b)(4).

4. The expert witness discovery deadline is extended to February 16, 2017;

5. All non-dispositive pretrial motions, including any discovery motions, shall be filed by February 23, 2017, and heard on or before March 27, 2017;

6. All dispositive pretrial motions shall be filed by April 3, 2017, and heard on or before June 7, 2017[2];

7. A settlement conference is scheduled for April 11, 2017[3], at 10:30 a.m. in Courtroom 9 before United States Magistrate Judge Stanley A. Boone;

8. The Pretrial Conference is set for July 12, 2017, at 2:00 p.m. in Courtroom 7 before the Honorable Sheila K. Oberto, United States Magistrate Judge; and

9. Trial is set for August 22, 2017[4], at 8:30 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:   **May 23, 2016**              /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

---

[2] Although the parties stipulated to Thursday, June 8, 2017, as the hearing date for dispositive motions, the Court hears dispositive motions on Wednesdays at 9:30 a.m., necessitating moving the hearing date up by one day to June 7, 2017.

[3] Although the parties stipulated to Monday, April 10, 2017, as the date for the settlement conference, Judge Boone conducts settlement conferences on Tuesdays at 10:30 a.m., necessitating moving the settlement conference date back by one day to April 11, 2017.

[4] Although the parties stipulated to August 21, 2017, as the trial date, the Court begins trials on Tuesdays at 8:30 a.m., necessitating moving the trial date back by one day to August 22, 2017.