**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MICHAEL MONTENEGRO,<br><br>        Plaintiff,<br><br>    vs.<br><br>WINCO FOODS FOUNDATION, INC., an Idaho Corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.: 1:15-cv-00408-SKO<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE**<br><br>**[FRCP 41(A)(ii)]**<br><br>**(Doc. 34)** |

    Pursuant to the stipulation of Plaintiff Michael Montenegro and Defendant Winco Foods Foundation, Inc. (Doc. 34), the Court hereby DISMISSES the above-entitled lawsuit in its entirety WITH PREJUDICE. Each party shall bear his/its own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

Dated:   **June 6, 2017**                              /s/ *Sheila K. Oberto*
                                                                      UNITED STATES MAGISTRATE JUDGE